ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons; JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY; PATRICK COLLIGAN; PETER ANDREYEV; WILLIAM SULLIVAN

v.

SEARCHBUG, INC.,
      Appellant