# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Atlas Data Privacy Corp, et al. v. Searchbug, et al.

APPEAL FROM DISTRICT COURT:

District: New Jersey

D.C. Docket No.: 1:24-cv-05658-HB

Date proceedings initiated in D.C.: April 26, 2024

Date Notice of Appeal filed: March 31, 2025

USCA No.: 25-1586

## COUNSEL ON APPEAL

**Appellant(s)**: Searchbug, Inc.

Name of Counsel: Kelly M. Purcaro and Kory Ann Ferro, Greenspoon Marder LLP

Name of Party(ies): Searchbug, Inc.

Address: One Riverfront Plaza 1037 Raymond Blvd, Suite 900, Newark, NJ 07102

Telephone No.: (732) 456-8734 or 8746

Fax No.: (732) 957-2314

E-mail: Kelly.Purcaro@gmlaw.com and KoryAnn.Ferro@gmlaw.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Rajiv D. Parikh, Kathleen Barnett Einhorn, and Jessica Merejo of PEM Law LLP

Name of Party(ies): Atlas Data Privacy Corp, et al.

Address: One Boland Drive, Suite 101, West Orange, New Jersey 07052

Telephone No.: (973) 577-5500

Fax No.: (973) 860-4433

E-mail: rparikh@pemlawfirm.com; keinhorn@pemlawfirm.com; jmerejo@pemlawfirm.com

Name of Counsel: Adam R. Shaw, Mark C. Mao, Eric M. Palmer, and Samantha Parrish of Boies Schiller Flexner LLP

Name of Party(ies): Atlas Data Privacy Corp, et al.

Address: 30 South Pearl Street, 12th Floor, Albany, New York 12207 (as well as addresses in CA and FL)

Telephone No.: (518) 434-0600; (415) 293-6800; (945) 377-4250; (213) 629-9040

Fax No.: (212) 446-2350

E-mail: ashaw@bsfllp.com; mmao@bsfllp.com; epalmer@bsfllp.com; sparrish@bsfllp.com

Is this a Cross-Appeal?     Yes ☐     No ☑

Appeals Docket No.:

Was there a previous appeal in case?     Yes ☐     No ☑

If yes, Short Title:

Appeals Docket No.:

Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?    Yes ☑    No ☐

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes ☑    No ☐

If you answered yes to either "a" or "b" please provide:

Case Name: See attached _____

D.C. Docket No.: _____

Court or Agency: _____

Docket Number: _____

Citation, if reported: _____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

**2. TORTS**
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

**3. CONTRACTS**
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

**5. OTHER**
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☑ OTHER Specify: Daniel's Law

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this _10th_ day of _April_____, 20_25___ .

Signature of Counsel: /s/ Kelly M. Purcaro _____

## COUNSEL ON APPEAL

### (Continued from page 1 of Civil Appeal Information Sheet)

**For Appellee(s)**:

Name of Counsel: John A. Yanchuntis and Ryan McGee of Morgan & Morgan

Name of Party(ies): Atlas Data Privacy Corp, et al.

Address: 201 North Franklin Street, 7th Floor, Tampa, Florida 33602

Telephone No.: (813) 223-5505

Fax No.: 813-222-4702

E-mail: jyanchunis@forthepeople.com and rmcgee@forthepeople.com

**CASES INVOLVING SIMILAR ISSUES AND CONTROVERSIES**
**Continued from page 2 of Civil Appeal Information Sheet**

_Note_: Cases that are currently dismissed for lack of prosecution are denoted with an *
Cases in which judgment by default has been entered are denoted with an **

| 1. | Case Name: | _Atlas Data Privacy Corporation, et al. v. We Inform, LLC, et al._ |
|---|---|---|
| | Appellate Docket: | 25-1555 |
| | D.C. Docket No.: | 1:24-cv-04037 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000379-24 |
| | Citation, if reported: | N/A |
| 2. | Case Name: | _Atlas Data Privacy Corporation, et al. v. Infomatics LLC, et al._ |
| | Appellate Docket: | 25-1555 |
| | D.C. Docket No.: | 1:24-cv-04041 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000872-24 |
| | Citation, if reported: | N/A |
| 3. | Case Name: | _Atlas Data Privacy Corporation, et al. v. The People Searchers, LLC, et al._ |
| | Appellate Docket: | 25-1557 |
| | D.C. Docket No.: | 1:24-cv-04045 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000257-24 |
| | Citation, if reported: | N/A |
| 4. | Case Name: | _Atlas Data Privacy Corporation, et al. v. Deluxe Corporation, et al._ |
| | Appellate Docket: | 25-1559 |
| | D.C. Docket No.: | 1:24-cv-04080 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000821-24 |
| | Citation, if reported: | N/A |
| 5. | Case Name: | _Atlas Data Privacy Corporation, et al. v. Quantarium Alliance, LLC, et al._ |
| | Appellate Docket: | 25-1560 |
| | D.C. Docket No.: | 1:24-cv-04098 |
| | Court or Agency No.: | |

1

|   | | |
|---|---|---|
|   | Docket Number:<br>Citation, if reported: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000878-24<br>N/A |
| 6. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Yardi Systems, Inc., et al.*<br>25-1561<br>1:24-cv-04103<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000856-24<br>N/A |
| 7. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Digital Safety Products, LLC, et al.*<br>25-1562<br>1:24-cv-04141<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Middlesex County<br>MID-L-000814-24<br>N/A |
| 8. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Civil Data Research, LLC, et al.*<br>25-1563<br>1:24-cv-04143<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000292-24<br>N/A |
| 9. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Scalable Commerce, LLC, et al.*<br>25-1564<br>1:24-cv-04160<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-771-24<br>N/A |
| 10. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.: | *Atlas Data Privacy Corporation, et al. v. Labels & Lists, Inc., et al.*<br>25-1565<br>1:24-cv-04174 |

|     |                        |                                                                                                          |
| --- | ---------------------- | -------------------------------------------------------------------------------------------------------- |
|     | Docket Number:         | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County             |
|     | Citation, if reported: | BER-L-000812-24                                                                                          |
|     |                        | N/A                                                                                                     |
| 11. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Innovis Data Solutions, Inc., et al.*                          |
|     | Appellate Docket:      | 25-1566                                                                                                  |
|     | D.C. Docket No.:       | 1:24-cv-04176                                                                                            |
|     | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County             |
|     | Docket Number:         | MRS-L-000285-24                                                                                          |
|     | Citation, if reported: | N/A                                                                                                     |
| 12. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Accurate Append, Inc., et al.*                                |
|     | Appellate Docket:      | 25-1567                                                                                                  |
|     | D.C. Docket No.:       | 1:24-cv-04178                                                                                            |
|     | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Middlesex County          |
|     | Docket Number:         | MID-L-000848-24                                                                                          |
|     | Citation, if reported: | N/A                                                                                                     |
| 13. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Zillow, Inc., et al.*                                         |
|     | Appellate Docket:      | 25-1568                                                                                                  |
|     | D.C. Docket No.:       | 1:24-cv-04256                                                                                            |
|     | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County             |
|     | Docket Number:         | BER-L-000874-24                                                                                          |
|     | Citation, if reported: | N/A                                                                                                     |
| 14. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Equimine, Inc. d/b/a Propstream, et al.*                       |
|     | Appellate Docket:      | 25-1569                                                                                                  |
|     | D.C. Docket No.:       | 1:24-cv-04261                                                                                            |
|     | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Monmouth County           |
|     | Docket Number:         | MON-L-000535-24                                                                                          |
|     | Citation, if reported: | N/A                                                                                                     |
| 15. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Thomson Reuters Corporation, et al.*                          |
|     | Appellate Docket:      | 25-1570                                                                                                  |
|     | D.C. Docket No.:       | 1:24-cv-04269                                                                                            |
|     | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County             |
|     | Docket Number:         | MRS-L-000320-24                                                                                          |

| | Citation, if reported: | N/A |
|---|---|---|
| 16. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Melissa Data Corp, et al.*<br>25-1571<br>1:24-cv-04292<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County<br>MRS-L-000224-24<br>N/A |
| 17. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Restoration of America, et al.*<br>25-1572<br>1:24-cv-04324<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000510-24<br>N/A |
| 18. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. i360, LLC, et al.*<br>25-1573<br>1:24-cv-04345<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000297-24<br>N/A |
| 19. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Gohunt, LLC, et al.*<br>25-1574<br>1:24-cv-04380<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000870-24<br>N/A |
| 20. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Accuzip, Inc., et al.*<br>25-1575<br>1:24-cv-04383<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000554-24<br>N/A |
| 21. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Synaptix Technology, LLC, et al.* |

| | Appellate Docket: | 25-1576 |
|---|---|---|
| | D.C. Docket No.: | 1:24-cv-04385 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County |
| | Docket Number: | MER-L-000288-24 |
| | Citation, if reported: | N/A |
| 22. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Joy Rockwell Enterprises, Inc., et al.* |
| | Appellate Docket: | 25-1577 |
| | D.C. Docket No.: | 1:24-cv-04389 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000486-24 |
| | Citation, if reported: | N/A |
| 23. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Fortnoff Financial, LLC, et al.* |
| | Appellate Docket: | 25-1578 |
| | D.C. Docket No.: | 1:24-cv-04390 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County |
| | Docket Number: | MER-L-000284-24 |
| | Citation, if reported: | N/A |
| 24. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Myheritage, LTD., et al.* |
| | Appellate Docket: | 25-1579 |
| | D.C. Docket No.: | 1:24-cv-04392 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County |
| | Docket Number: | MER-L-000282-24 |
| | Citation, if reported: | N/A |
| 25. | Case Name: | *Atlas Data Privacy Corporation, et al. v. E-Merges.com, Inc., et al.* |
| | Appellate Docket: | 25-1580 |
| | D.C. Docket No.: | 1:24-cv-04434 |
| | Court or Agency No.: | District of New Jersey removed Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000854-24 |
| | Citation, if reported: | N/A |
| 26. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Nuwber, Inc., et al.* |
| | Appellate Docket: | 25-1581 |
| | D.C. Docket No.: | 1:24-cv-04609 |
| | Court or Agency No.: | |

| | Docket Number:<br>Citation, if reported: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County<br>MRS-L-000225-24<br>N/A |
|---|---|---|
| 27. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Rocketreach LLC, et al.*<br>25-1582<br>1:24-cv-04664<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000873-24<br>N/A |
| 28. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Belles Camp Communications, Inc., et al.*<br>25-1583<br>1:24-cv-04949<br>District of New Jersey removed  from Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000508-24<br>N/A |
| 29. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Propertyradar, Inc., et al.*<br>25-1584<br>1:24-cv-05600<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000293-24<br>N/A |
| 30. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. The Alesco Group, et al.*<br>25-1585<br>1:24-cv-05656<br>District of New Jersey removed  from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000969-24<br>N/A |
| 31. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Amerilist, Inc., et al.*<br>25-1587<br>1:24-cv-05775<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Middlesex County<br>MID-L-001052-24<br>N/A |

| | | |
|---|---|---|
| 32. | Case Name: | *Atlas Data Privacy Corporation, et al. v. US Data Corporation, et al.* |
| | Appellate Docket: | 25-1588 |
| | D.C. Docket No.: | 1:24-cv-07324 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000323-24 |
| | Citation, if reported: | N/A |
| 33. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Compact Information Systems, LLC* |
| | Appellate Docket: | 25-1590 |
| | D.C. Docket No.: | 1:24-cv-0845 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000534-24 |
| | Citation, if reported: | N/A |
| 34. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Darkowl, LLC, et al.* |
| | Appellate Docket: | 25-1591 |
| | D.C. Docket No.: | 1:24-cv-10600 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Essex County |
| | Docket Number: | ESX-L-007210-24 |
| | Citation, if reported: | N/A |
| 35. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Spy Dialer, Inc., et al.* |
| | Appellate Docket: | 25-1592 |
| | D.C. Docket No.: | 1:24-cv-11023 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000259-24 |
| | Citation, if reported: | N/A |
| 36. | Case Name: | *Atlas Data Privacy Corporation v. Lighthouse List Co., LLC* |
| | Appellate Docket: | 25-1593 |
| | D.C. Docket No.: | 1:24-cv-11443 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-1221-24 |
| | Citation, if reported: | N/A |
| 37. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Corelogic, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04230 |

|  |  |  |
|---|---|---|
|  | Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000773-24<br>N/A |
| 38. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Lusha Systems, Inc., et al.*<br>N/A<br>1:24-cv-04184<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000814-24<br>N/A |
| 39. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Atdata, LLC, et al.*<br>N/A<br>1:24-cv-04447<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000867-24<br>N/A |
| 40. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. LexisNexis Risk Data Management, LLC et al.*<br>N/A<br>1:24-cv-06160<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000875-24<br>N/A |
| 41. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Precisely Holdings, LLC, et al.*<br>N/A<br>1:24-cv-04571<br>Superior Court of New Jersey remanded back to Law Division, Bergen County<br>BER-L-000819-24<br>N/A |
| 42. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number: | *Atlas Data Privacy Corporation, et al. v. Transunion, LLC, et al.*<br>N/A<br>24-cv-04288<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000810-24 |

| | | |
|---|---|---|
| | Citation, if reported: | N/A |
| 43. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Equifax, et al.*<br>N/A<br>1:24-cv-04298<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000919-24<br>N/A |
| 44. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Choreograph LLC, et al.*<br>N/A<br>1:24-cv-04271<br>District of New Jersey remanded back from Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-00920-24<br>N/A |
| 45. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Claritas, LLC, et al.*<br>N/A<br>1:24-cv-04175<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000868-24<br>N/A |
| 46. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br><br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Oracle International Corporation, et al.*<br>N/A<br>1:24-cv-04112<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000917-24<br>N/A |
| 47. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Re/Max, LLC, et al.*<br>N/A<br>1:24-cv-04114<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000871-24<br>N/A |
| 48. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.: | *Atlas Data Privacy Corporation, et al. v. Enformion, LLC, et al.*<br>N/A<br>1:24-cv-04110 |

|    |                        |                                                                                                                                                                   |
|----|------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Court or Agency No.:   | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County                                                                  |
|    | Docket Number:         | BER-L-000767-24                                                                                                                                                    |
|    | Citation, if reported: | N/A                                                                                                                                                                |
| 49. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Babel Street, Inc., et al.*                                                                                             |
|    | Appellate Docket:      | N/A                                                                                                                                                                |
|    | D.C. Docket No.:       | 1:24-cv-10596                                                                                                                                                      |
|    | Court or Agency No.:   | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Essex County                                                                   |
|    | Docket Number:         | ESX-L-007260-24                                                                                                                                                    |
|    | Citation, if reported: | N/A                                                                                                                                                                |
| 50. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*                                                                                          |
|    | Appellate Docket:      | N/A                                                                                                                                                                |
|    | D.C. Docket No.:       | 1:24-cv-04105                                                                                                                                                      |
|    | Court or Agency No.:   | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County                                                                  |
|    | Docket Number:         | MER-L-000309-24                                                                                                                                                    |
|    | Citation, if reported: | N/A                                                                                                                                                                |
| 51. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Smarty, LLC, et al.*                                                                                                    |
|    | Appellate Docket:      | 25-1589                                                                                                                                                            |
|    | D.C. Docket No.:       | 1:24-cv-08075                                                                                                                                                      |
|    | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County                                                                      |
|    | Docket Number:         | MER-L-000310-24                                                                                                                                                    |
|    | Citation, if reported: | N/A                                                                                                                                                                |
| 52. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. The Lifetime Value Co. LLC, et al.**                                                                                    |
|    | Appellate Docket:      | N/A                                                                                                                                                                |
|    | D.C. Docket No.:       | 1:24-cv-04850                                                                                                                                                      |
|    | Court or Agency No.:   | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County                                                                  |
|    | Docket Number:         | MER-L-000272-24                                                                                                                                                    |
|    | Citation, if reported: | N/A                                                                                                                                                                |
| 53. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Valassis Digital Corp., et al.*                                                                                         |
|    | Appellate Docket:      | N/A                                                                                                                                                                |
|    | D.C. Docket No.:       | 1:24-cv-04770                                                                                                                                                      |
|    | Court or Agency No.:   | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County                                                                  |
|    | Docket Number:         | MER-L-000290-24                                                                                                                                                    |

|   | Citation, if reported: | N/A |
|---|---|---|
| 54. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Black Knight Technologies, LLC, et al.*<br>N/A<br>1:24-cv-04233<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000271-24<br>N/A |
| 55. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Whitepages, Inc., et al.*<br>N/A<br>1:24-cv-03998<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000270-24<br>N/A |
| 56. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Acxiom LLC, et al.*<br>N/A<br>1:2024-cv-04107<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000283-24<br>N/A |
| 57. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Hiya, Inc., et al.*<br>N/A<br>1:24-cv-04000<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000285-24<br>N/A |
| 58. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. 6Sense Insights, Inc., et al.*<br>N/A<br>1:2024-cv-04104<br>District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Middlesex County<br>MID-000988-24<br>N/A |
| 59. | Case Name:<br>Appellate Docket: | *Atlas Data Privacy Corporation, et al. v. DM Group, Inc. et al.*<br>25-155 |

| | | |
|---|---|---|
| | D.C. Docket No.: | 1:24-cv-04075 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000990-24 |
| | Citation, if reported: | N/A |
| 60. | Case Name: | *Atlas Data Privacy Corporation, et al. v. First American Financial Corp., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-05334 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000915-24 |
| | Citation, if reported: | N/A |
| 61. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Outside Interactive, Inc., et al.** |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04969 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000849-24 |
| | Citation, if reported: | N/A |
| 62. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Red Violet, Inc. et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04113 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000482-24 |
| | Citation, if reported: | N/A |
| 63. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Search Quarry, LLC, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04106 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000516-24 |
| | Citation, if reported: | N/A |
| 64. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Data Axle, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04181 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |

12

| | Docket Number: | MON-L-000483-24 |
| --- | --- | --- |
| | Citation, if reported: | N/A |
| 65. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Wiland, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04442 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000577-24 |
| | Citation, if reported: | N/A |
| 66. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Peopleconnect, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04227 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000484-24 |
| | Citation, if reported: | N/A |
| 67. | Case Name: | *Atlas Data Privacy Corporation, et al. v. People Data Labs, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04171 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000515-24 |
| | Citation, if reported: | N/A |
| 68. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Epsilon Data Management, LLC, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:2024-cv-04168 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000533-24 |
| | Citation, if reported: | N/A |
| 69. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Spokeo, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04299 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000227-24 |
| | Citation, if reported: | N/A |
| 70. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Remine, Inc., et al.* |

13

| | | |
|---|---|---|
| | Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | N/A<br>1:24-cv-04182<br>District of New Jersey remanded back to Superior Court of New<br>Jersey, Law Division, Morris County<br>MRS-L-000258-24<br>N/A |
| 71. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Telnyx LLC, et al.*<br>N/A<br>1:24-cv-04354<br>District of New Jersey remanded back to Superior Court of New<br>Jersey, Law Division, Morris County<br>MRS-L-000260-24<br>N/A |
| 72. | Case Name:<br><br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Commercial Real Estate*<br>*Exchange, Inc., et al.*<br>N/A<br>1:24-cv-04073<br>District of New Jersey remanded back to Superior Court of New<br>Jersey, Law Division, Morris County<br>MRS-L-000271-24<br>N/A |
| 73. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Twilio, Inc. et al.*<br>N/A<br>1:24-cv-04095<br>District of New Jersey remanded back to Superior Court of New<br>Jersey, Law Division, Morris County<br>MRS-L-000226-24<br>N/A |
| 74. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Blackbaud, Inc., et al.*<br>N/A<br>1:24-cv-03993<br>District of New Jersey remanded back to Superior Court of New<br>Jersey, Law Division, Morris County<br>MRS-L-000243-24<br>N/A |
| 75. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.: | *Atlas Data Privacy Corporation, et al. v. Delvepoint, LLC, et al.*<br>24-8046<br>1:24-cv-04096 |

|   | | |
|---|---|---|
|   | Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | District of New Jersey remanded back to Superior Court of<br>New Jersey, Law Division, Morris County<br>MRS-L-000244-24<br>N/A |
| 76. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Constella Intelligence,<br>Inc., et al.*<br>N/A<br>2:24-cv-10571<br>District of New Jersey remanded back to Superior Court of New<br>Jersey, Law Division, Essex County<br>ESX-L-007212-24<br>N/A |
| 77. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Carco Group, Inc., et<br>al.*<br>N/A<br>1:24-cv-04077<br>District of New Jersey remanded back to Superior Court of<br>New Jersey, Law Division, Morris County<br>MRS-L-000270-24<br>N/A |
| 78. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Sync.Me Technologies,<br>Ltd., et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000822-24<br>N/A |
| 79. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Sagewire Research<br>LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000869-24<br>N/A |
| 80. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Unmask LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Bergen County<br>BER-L-000815-24<br>N/A |

| 81. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Swordfish Ai I, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000794-24 |
| | Citation, if reported: | N/A |
| 82. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Boundary Solution, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | N/A |
| | Docket Number: | Superior Court of New Jersey, Law Division, Bergen County BER-L-000793-24 |
| | Citation, if reported: | N/A |
| 83. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Intelage System, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County BER-L-000772-24 |
| | Docket Number: | |
| | Citation, if reported: | N/A |
| 84. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Onxmaps, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County BER-L-000813-24 |
| | Docket Number: | |
| | Citation, if reported: | N/A |
| 85. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Social Catfish, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County BER-L-000769-24 |
| | Docket Number: | |
| | Citation, if reported: | N/A |
| 86. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Officialusa.com, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County BER-L-000849-24 |
| | Docket Number: | |
| | Citation, if reported: | N/A |
| 87. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Main Street Re, et al.** |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County |

| | Docket Number: | BER-L-000855-24 |
|---|---|---|
| | Citation, if reported: | N/A |
| 88. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Costar Group, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04111 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000770-24 |
| | Citation, if reported: | N/A |
| 89. | Case Name: | *Atlas Data Privacy Corporation, et al. v. National Search Association, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000866-24 |
| | Citation, if reported: | N/A |
| 90. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Amsive, LLC, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000918-24 |
| | Citation, if reported: | N/A |
| 91. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Usphonesearch, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000970-24 |
| | Citation, if reported: | N/A |
| 92. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Edvisors Network, et al.** |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Bergen County |
| | Docket Number: | BER-L-000971-24 |
| | Citation, if reported: | N/A |
| 93. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Innovative Web, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:25-cv-01535 |
| | | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County |
| | Court or Agency No.: | |

|     |                        |                                                                             |
| --- | ---------------------- | --------------------------------------------------------------------------- |
|     |                        | BER-L-001038-24                                                             |
|     | Docket Number:         | N/A                                                                         |
|     | Citation, if reported: |                                                                             |
| 94. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Mylife.Com, Inc., et al.*        |
|     | Appellate Docket:      | N/A                                                                         |
|     | D.C. Docket No.:       | N/A                                                                         |
|     | Court or Agency No.:   | Superior Court of New Jersey, Law Division, Bergen County                   |
|     | Docket Number:         | BER-L-000768-24                                                             |
|     | Citation, if reported: | N/A                                                                         |
| 95. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Mapright Inc., et al.*           |
|     | Appellate Docket:      | N/A                                                                         |
|     | D.C. Docket No.:       | N/A                                                                         |
|     | Court or Agency No.:   | Superior Court of New Jersey, Law Division, Bergen County                   |
|     | Docket Number:         | BER-L-000818-24                                                             |
|     | Citation, if reported: | N/A                                                                         |
| 96. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Greenflight Venture Corp., et al.* |
|     | Appellate Docket:      | 25-8014                                                                     |
|     | D.C. Docket No.:       | 1:25-cv-01517                                                              |
|     | Court or Agency No.:   | District of New Jersey removed from Superior Court of New Jersey, Law Division, Bergen County |
|     | Docket Number:         | BER-L-000811-24                                                             |
|     | Citation, if reported: | N/A                                                                         |
| 97. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Attom Data Solutions, LLC, et al.* |
|     | Appellate Docket:      | N/A                                                                         |
|     | D.C. Docket No.:       | N/A                                                                         |
|     | Court or Agency No.:   | Superior Court of New Jersey, Law Division, Mercer County                   |
|     | Docket Number:         | MER-L-000273-24                                                             |
|     | Citation, if reported: | N/A                                                                         |
| 98. | Case Name:             | *Atlas Data Privacy Corporation, et al. v. Lucky2Media, LLC, et al.\**      |
|     | Appellate Docket:      | N/A                                                                         |
|     | D.C. Docket No.:       | N/A                                                                         |
|     | Court or Agency No.:   | Superior Court of New Jersey, Law Division, Mercer County                   |
|     | Docket Number:         | MER-L-000286-24                                                             |
|     | Citation, if reported: | N/A                                                                         |
| 99. | Case Name:             | *Atlas Data Privacy Corporation, et al. Vs Dynata LLC, et al.*              |
|     | Appellate Docket:      | N/A                                                                         |
|     | D.C. Docket No.:       | N/A                                                                         |
|     | Court or Agency No.:   | Superior Court of New Jersey, Law Division, Mercer County                   |
|     | Docket Number:         | MER-L-000308-24                                                             |

|  | Citation, if reported: | N/A |
|---|---|---|
| 100. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Previlon, LLC, et al.**<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000294-24<br>N/A |
| 101. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Scsd Holdings, et al.***<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000299-24<br>N/A |
| 102. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Adstra, LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000311-24<br>N/A |
| 103. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Cocofinder.Com, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000319-24<br>N/A |
| 104. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Areaplot, LLC, et al.***<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000320-24<br>N/A |
| 105. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br><br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. First Direct, Inc., et al.*<br>25-8013<br>1:25-cv-01480<br>District of New Jersey removed from Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000328-24<br>N/A |
| 106. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Telephonedirect, et al.* |

|      | Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Mercer County<br>MER-L-000335-24<br>N/A |
|------|------|------|
| 107. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Vonage Holding, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Essex County<br>ESX-L-0007208-24<br>N/A |
| 108. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Cole Information, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Essex County<br>ESX-L-0007209-24<br>N/A |
| 109. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Driveniq Corporation, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Essex County<br>ESX-L-0007211-24<br>N/A |
| 110. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Peachtree Data, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Essex County<br>ESX-L-0007259-24<br>N/A |
| 111. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Insidere, LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Middlesex County<br>MID-L-000991-24<br>N/A |
| 112. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.: | *Atlas Data Privacy Corporation, et al. v. Giant Partners, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Middlesex County |

|     |                          |                                                                           |
| --- | ------------------------ | ------------------------------------------------------------------------- |
|     | Docket Number:           | MID-L-000989-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |
| 113. | Case Name:              | *Atlas Data Privacy Corporation, et al. v. Infopay, Inc., et al.*        |
|     | Appellate Docket:        | N/A                                                                       |
|     | D.C. Docket No.:         | N/A                                                                       |
|     | Court or Agency No.:     | Superior Court of New Jersey, Law Division, Middlesex County              |
|     | Docket Number:           | MID-L-000815-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |
| 114. | Case Name:              | *Atlas Data Privacy Corporation, et al. v. True Software Scandinavia AB, et al.** |
|     | Appellate Docket:        | N/A                                                                       |
|     | D.C. Docket No.:         | N/A                                                                       |
|     | Court or Agency No.:     | Superior Court of New Jersey, Law Division, Middlesex County              |
|     | Docket Number:           | MID-L-000812-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |
| 115. | Case Name:              | *Atlas Data Privacy Corporation, et al. v. Radaris, LLC, et al.*         |
|     | Appellate Docket:        | N/A                                                                       |
|     | D.C. Docket No.:         | N/A                                                                       |
|     | Court or Agency No.:     | Superior Court of New Jersey, Law Division, Middlesex County              |
|     | Docket Number:           | MID-L-000847-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |
| 116. | Case Name:              | *Atlas Data Privacy Corporation, et al. v. Glad I Know, Inc., et al.** |
|     | Appellate Docket:        | N/A                                                                       |
|     | D.C. Docket No.:         | N/A                                                                       |
|     | Court or Agency No.:     | Superior Court of New Jersey, Law Division, Middlesex County              |
|     | Docket Number:           | MID-L-000850-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |
| 117. | Case Name:              | *Atlas Data Privacy Corporation, et al. v. Allpeople.Com, et al.** |
|     | Appellate Docket:        | N/A                                                                       |
|     | D.C. Docket No.:         | N/A                                                                       |
|     | Court or Agency No.:     | Superior Court of New Jersey, Law Division, Middlesex County              |
|     | Docket Number:           | MID-L-000898-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |
| 118. | Case Name:              | *Atlas Data Privacy Corporation, et al. v. Revealname.com, et al.* |
|     | Appellate Docket:        | N/A                                                                       |
|     | D.C. Docket No.:         | N/A                                                                       |
|     | Court or Agency No.:     | Superior Court of New Jersey, Law Division, Middlesex County              |
|     | Docket Number:           | MID-L-000901-24                                                           |
|     | Citation, if reported:   | N/A                                                                       |

| | | |
|---|---|---|
| 119. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Verisk Analytics, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000903-24 |
| | Citation, if reported: | N/A |
| 120. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Owmn, Ltd., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000992-24 |
| | Citation, if reported: | N/A |
| 121. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Peoplewhiz, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:25-cv-00237 |
| | Court or Agency No.: | District of New Jersey removed from Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-001063-24 |
| | Citation, if reported: | N/A |
| 122. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Teltech Systems, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | 1:24-cv-04217 |
| | Court or Agency No.: | District of New Jersey remanded back to Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000859-24 |
| | Citation, if reported: | N/A |
| 123. | Case Name: | *Atlas Data Privacy Corporation, et al. v. NJ Property Records, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Middlesex County |
| | Docket Number: | MID-L-000811-24 |
| | Citation, if reported: | N/A |
| 124. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Wellnut.Com, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000512-24 |

| | | |
|---|---|---|
| | Citation, if reported: | N/A |
| 125. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Kawasaki Peter et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000517-24<br>N/A |
| 126. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. PIPL, Inc., et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000481-24<br>N/A |
| 127. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. LTRAC, LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000694-24<br>N/A |
| 128. | Case Name:<br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Neighbor.Report, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000537-24<br>N/A |
| 129. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Batchservice LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000485-24<br>N/A |
| 130. | Case Name:<br><br>Appellate Docket:<br>D.C. Docket No.:<br>Court or Agency No.:<br>Docket Number:<br>Citation, if reported: | *Atlas Data Privacy Corporation, et al. v. Checkpeople, LLC, et al.*<br>N/A<br>N/A<br>Superior Court of New Jersey, Law Division, Monmouth County<br>MON-L-000506-24<br>N/A |

| 131. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Specialists Marketing Services, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Monmouth County |
| | Docket Number: | MON-L-000539-24 |
| | Citation, if reported: | N/A |

| 132. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Databaseusa.Com, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000230-24 |
| | Citation, if reported: | N/A |

| 133. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Callersmart Inc., et al.*\* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000237-24 |
| | Citation, if reported: | N/A |

| 134. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Skopenow, Inc., et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000241-24 |
| | Citation, if reported: | N/A |

| 135. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Dehashed.Com, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000242-24 |
| | Citation, if reported: | N/A |

| 136. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Locateplus Holdngs Corp, et al.* |
| | Appellate Docket: | N/A |
| | D.C. Docket No.: | N/A |
| | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
| | Docket Number: | MRS-L-000247-24 |
| | Citation, if reported: | N/A |

| 137. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Vericora.Com, et al.*\* |

|  | Appellate Docket: | N/A |
|---|---|---|
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000249-24 |
|  | Citation, if reported: | N/A |
| 138. | Case Name: | *Atlas Data Privacy Corporation, et al. v. The Open Data, et al.** |
|  | Appellate Docket: | N/A |
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000325-24 |
|  | Citation, if reported: | N/A |
| 139. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Clustrmaps.Com, et al.** |
|  | Appellate Docket: | N/A |
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000256-24 |
|  | Citation, if reported: | N/A |
| 140. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Spycloud, Inc., et al.* |
|  | Appellate Docket: | N/A |
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000263-24 |
|  | Citation, if reported: | N/A |
| 141. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Thryv, Inc., et al.* |
|  | Appellate Docket: | N/A |
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000261-24 |
|  | Citation, if reported: | N/A |
| 142. | Case Name: | *Atlas Data Privacy Corporation, et al. v. Information.com, et al.* |
|  | Appellate Docket: | N/A |
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000245-24 |
|  | Citation, if reported: | N/A |
| 143. | Case Name: | *Atlas Data Privacy Corporation et al. v. Zenleads Inc., et al.* |
|  | Appellate Docket: | N/A |
|  | D.C. Docket No.: | N/A |
|  | Court or Agency No.: | Superior Court of New Jersey, Law Division, Morris County |
|  | Docket Number: | MRS-L-000228-24 |

|      |                       |                                                                    |
| ---- | --------------------- | ------------------------------------------------------------------ |
|      | Citation, if reported: | N/A                                                               |
| 144. | Case Name:            | *Atlas Data Privacy Corporation, et al. v. Reipro LLC, et al.*     |
|      | Appellate Docket:     | N/A                                                               |
|      | D.C. Docket No.:      | N/A                                                               |
|      | Court or Agency No.:  | Superior Court of New Jersey, Law Division, Morris County          |
|      | Docket Number:        | MRS-L-000231-24                                                    |
|      | Citation, if reported: | N/A                                                               |
| 145. | Case Name:            | *Atlas Data Privacy Corporation, et al. v. 411.Info Corp., et al.* |
|      | Appellate Docket:     | N/A                                                               |
|      | D.C. Docket No.:      | N/A                                                               |
|      | Court or Agency No.:  | Superior Court of New Jersey, Law Division, Morris County          |
|      | Docket Number:        | MRS-L-000229-24                                                    |
|      | Citation, if reported: | N/A                                                               |
| 146. | Case Name:            | *Atlas Data Privacy Corporation, et al. v. Agr Group Inc., et al.* |
|      | Appellate Docket:     | N/A                                                               |
|      | D.C. Docket No.:      | N/A                                                               |
|      | Court or Agency No.:  | Superior Court of New Jersey, Law Division, Morris County          |
|      | Docket Number:        | MRS-L-000483-24                                                    |
|      | Citation, if reported: | N/A                                                               |