# Helfer Law

ARLEIGH P. HELFER
410 CAMPBELL AVENUE
HAVERTOWN, PA 19083-1633

September 30, 2025

*Via ECF*

Ms. Patricia Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re: *Atlas Data Privacy Corp. v. We Inform, LLC*, No. 25-1555**

Dear Ms. Dodszuweit:

    Kindly withdraw my appearance on behalf of *amici curiae* Foundation for Individual Rights and Expression and Reporters Committee for Freedom of the Press in the above captioned case and all consolidated cases. *Amici* will continue to be represented by Ronald London, who entered his appearance yesterday.

                                                                     Respectfully,

                                                                    Arleigh P. Helfer

cc: All counsel of record (*via ECF*)