UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 25-1555

ATLAS DATA PRIVACY CORP, ET AL

v.

WE INFORM, LLC, ET AL
Appellants

(D.N.J. No 1:24-cv-04037)

Present: BIBAS, FREEMAN and CHUNG, *Circuit Judges*

Submitted are

(1) Letter brief of proposed amicus N.J. State Policemen's Benevolent Association Dkt. No. 117

in the above-captioned case.

Respectfully,

Clerk

ORDER

The foregoing motion is DENIED. The letter's purpose is to direct the court to a 68-page attachment co-authored by the President of one of the parties to this case. But parties may not use amici to speak at greater length. And amici may not get around length requirements by using attachments or incorporations by reference.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: September 4th, 2026
EMA/cc: All Counsel of Record